RECEIVED
IN LAKE CHARLES, LA

APR 14 2009
pm
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEWAYNE D. WILLIAMS** | : | **DOCKET NO. 2:07-cv-1894**<br>**SEC. P** |
| **VS.** | : | **JUDGE MINALDI** |
| **JP YOUNG** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's application for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE